# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| ANTHONY HAYNES | CIVIL ACTION |
|---|---|
| VERSUS | |
| CITY OF BATON ROUGE, ET AL. | NO. 18-714-JWD-EWD |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 60) dated February 27, 2020, to which no objection was filed, but, to the extent Plaintiff's Motion for Leave of Court to File a Pleading Exceeding the Page Limits (Doc. 61) attached an objection (Doc. 61-1), it has been considered;

**IT IS ORDERED** that all of Plaintiff's claims, including those for supervisory and policymaking liability under 42 U.S.C. §1983 and indemnification, against Mayor Sharon Weston Broome in her official capacity are DISMISSED, WITH PREJUDICE, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Motion to Dismis, (Doc. 31) filed by Mayor Sharon Weston Broome, is DENIED AS MOOT.

Signed in Baton Rouge, Louisiana, on March 16, 2020.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**